UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARCUS TULEKUN BOLDEN,

                Petitioner,                Case No. 1:11-cv-310

v.                                        Honorable Paul L. Maloney

LLOYD RAPELJE,

                Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.



Dated:   May 13, 2011             /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge