UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARCUS TULEKUN BOLDEN,

                    Petitioner,                Case No. 1:11-cv-310

v.                                         Honorable Paul L. Maloney

LLOYD RAPELJE,

                    Respondent.

_____/

**JUDGMENT**

        In accordance with the Opinion entered this day:

        **IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated:   May 3, 2011              /s/ Paul L. Maloney_____
                                      Paul L. Maloney
                                      Chief United States District Judge